UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                                 <u>ORDER</u>

                                                 05-CR-6161L

                      v.

CHARLES SCHWAB,

                      Defendant.
_____

     At the so-called *Monsanto* hearing on February 8, 2007, the Court directed the parties to respond to certain questions. The Government has done so in a timely manner. Defendant has not yet responded to those questions. If defendant intends to respond, he must do so on or before March 28, 2007.

     The *Monsanto* hearing, which was adjourned without date, is hereby rescheduled for **April 19, 2007 at 9:30 a.m.**

        IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
        March 19, 2007.