UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                   <u>DECISION AND ORDER</u>

                                                   05-CR-6161L

                v.

CHARLES SCHWAB,

                Defendant.
_____

      Trial in this case is scheduled to commence March 10, 2008. The Court previously issued a scheduling order for filing the several papers required in anticipation of the final pretrial conference.

      The Court hereby schedules a court proceeding on Tuesday, January 22, 2008 at 10:00 a.m. Many months ago I directed the defendant to submit an updated financial affidavit to determine his eligibility for appointed counsel. To date, no affidavit has been submitted. The Court may wish to make further inquiry, on the record, of the defendant as to this matter. The Court needs to determine if a reimbursement order under 18 U.S.C. § 3006A(f) should be entered for defendant to defray some of the costs of his legal representation. In addition, there are other matters that need to be resolved in anticipation of trial.

      IT IS SO ORDERED.

                                                _____
                                                  DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       January 14, 2008.