UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                  SCHEDULING ORDER

                                  05-CR-6161L

       v.

CHARLES SCHWAB,

                Defendant.
_____

      Defendant, Charles Schwab ("Schwab"), pleaded guilty pursuant to a plea agreement on February 29, 2008. Sentencing has been adjourned without date.

      As part of the plea agreement, Schwab agreed to admit to the second forfeiture allegations in the indictment and the plea agreement set forth with specificity properties to be forfeited.

      The plea agreement provided that a Preliminary Order of Forfeiture would be entered prior to sentencing. Unless there is a reason to delay, I suggest that the Government prepare such an order since the sentencing of Schwab and co-defendants will soon be scheduled.

      IT IS SO ORDERED.

                                            _____
                                               DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       July 28, 2008.