UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                  Plaintiff,

                                                                                        SCHEDULING ORDER

                                                                                        05-CR-6161L

          v.

CHARLES SCHWAB,

                  Defendant.
_____

      The Presentence Report has been served on the defendant and by Statement filed December 12, 2008, defendant accepts that Report and has filed no objections.

      I assume that the defendant intends to file a Sentencing Memorandum and request for a non-Guideline sentence. Therefore, defendant is directed to file any such statement on or before January 22, 2009, and the Government must respond on or before February 6, 2009.

      IT IS SO ORDERED.

                                                                _____
                                                                  DAVID G. LARIMER
                                                            United States District Judge

Dated: Rochester, New York
       January 8, 2009.