UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                 <u>ORDER</u>

                                                                  05-CR-6161L

          v.

JOHN NICOLO,
DAVID FINNMAN,
CONSTANCE ROEDER,
CHARLES SCHWAB,

                        Defendants.
_____

       Based on the jury's verdict in this case and guilty pleas entered by defendants and cooperating witnesses, many cases are proceeding to sentencing. Restitution to identified victims is an issue that needs to be addressed.

       Final determination of restitution issues will be deferred to a time subsequent to the sentencings, pursuant to the provisions of 18 U.S.C. § 3664 and especially (d)(1) and (5),(e),(h) and (j)(2)(A). The actual amount of restitution may be impacted should the Government disburse some of the funds ordered forfeited.

       IT IS SO ORDERED.

                                          _____
                                               DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       February 12, 2009.